PER CURIAM.

(No. 5547—Claimant )

HOLIDAY INNS OF AMERICA, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed July 19, 1973.*

M. HUE SMITH, III, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.